

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00019-CV

_____

IN RE: THE COMMITMENT OF GREGORY A. JONES

On Appeal from the 89th District Court
Wichita County, Texas
Trial Court No. 185,786-C

Dissenting Opinion on En Banc Reconsideration by Chief Justice Sudderth (joined by Justice Bassel)

# DISSENTING OPINION

I respectfully dissent for the reasons articulated in the now-withdrawn May 6, 2021 Memorandum Opinion.

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Delivered:  February 3, 2022